HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOEL ALMANZA-WITRAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:13-cr-0013 AWI / BAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND  ORDER TO CONTINUE MOTIONS SCHEDULE; STATUS CONFERENCE |
| v. | ) | |
| JOEL ALMANZA-WITRAGO, | ) ) | |
| Defendant. | ) ) ) | DATE:    July 22, 2013
TIME:    1:00 P.M.
JUDGE:  Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the defendant's reply to the government's response in the above-captioned matter may be continued from June 10, 2013 to be filed on or before **June 28, 2013**, and that the motions hearing/status conference currently set for June 24, 2013, **may be continued to July 22, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

Counsel for defendant had to schedule a medical procedure today that will have him out for two days, and then a furlough day on Friday.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATED: June 5, 2013         By:     /s/ Mia Giacomazzi
                                    MIA GIACOMAZZI
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender


DATED: June 5, 2013         By:     /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    PEGGY SASSO
                                    Assistant Federal Defenders
                                    Attorneys for Defendant
                                    JOEL ALMANZA-WITRAGO
```

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 6, 2013**          **/s/ Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE