1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   PEGGY SASSO, Bar #228906
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
5  Telephone: (559) 487-5561

6  Attorney for Defendant
   JOEL ALMANZA-WITRAGO
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No.  1:13-cr-0013 AWI / BAM
                                     )
12       *Plaintiff,*                )   STIPULATION AND ORDER ADVANCING
                                     )   STATUS CONFERENCE
13  vs.                              )
                                     )
14   JOEL ALMANZA-WITRAGO            )   DATE:  October 9, 2013
                                     )   TIME:   10:00 a.m.
15       *Defendant.*                )   JUDGE: Anthony W. Ishii
                                     )
16  _____)

17       **IT IS HEREBY STIPULATED** by and between the parties hereto through their

18  respective counsel that the hearing currently set for October 15, 2013 at 10:00 a.m., **may be**

19  **advanced and rescheduled to October 9, 2013 at 10:00 a.m. for a change of plea hearing**

20  **before the Honorable Anthony W. Ishii.**

21       The parties have entered into a plea agreement and have agreed to set the matter for a

22  change of plea October 9, 2013.

23

24

25

26

27

28

*Almanza-Witrago Stipulation advancing change of plea*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 4, 2013          By:     */s/ David L. Gappa*
MIA GIACOMAZZI
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: October 4, 2013          By:     */s/ Peggy Sasso*
PEGGY SASSO
CHARLES J. LEE
Assistant Federal Defenders
Attorneys for Defendant
JOEL ALMANZA-WITRAGO

**O R D E R**

*/s/*

IT IS SO ORDERED.

Dated:   October 8, 2013          _____
SENIOR  DISTRICT  JUDGE